1  KAPLAN YOUNG
2  KORY L. KAPLAN, ESQ.
   Nevada Bar No. 13164
3  Email: kory@kaplanyoung.com
   10091 Park Run Drive, Suite 190
4  Las Vegas, Nevada 89145
   Telephone: (702) 381-8888
5  Facsimile: (702) 832-5559
   *Attorneys for Plaintiff*
6

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| KRIYA BENN,<br><br>                    Plaintiff,<br><br>vs.<br><br>TEODULO CASTANEDA ZEPEDA and J&A FREIGHT, INC a/k/a JORGE FUENTES,<br><br>                    Defendants. | CASE NO. 2:23-cv-01847-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

  IT IS STIPULATED, by and between Plaintiff Kriya Benn ("Plaintiff") and Defendants Teodulo Castaneda Zepeda and J&A Freight, Inc. a/k/a Jorge Fuentes ("Defendants"), through their undersigned counsel of record, that this entire action be dismissed in its entirety with prejudice, with each party to bear their own costs and attorneys' fees.

  **NOW THEREFORE, IT IS STIPULATED AND AGREED** that Plaintiff's Complaint is dismissed with prejudice against Defendants; and

. . .

. . .

. . .

. . .

. . .

. . .

. . .

*(Left margin: KAPLAN YOUNG, 10091 Park Run Drive, Suite 190, Las Vegas, Nevada 89145, Tel: (702) 381-8888  Fax: (702) 832-5559)*

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys' fees and costs incurred in this action.

Dated: November 20, 2024

Respectfully submitted,

KAPLAN YOUNG

/s/ Kory L. Kaplan
KORY L. KAPLAN, ESQ.
Nevada Bar No. 13164
10091 Park Run Drive, Suite 190
Las Vegas, NV 89145
*Attorneys for Plaintiff*

Dated: November 20, 2024

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Steven L. Foremaster
STEVEN L. FOREMASTER, ESQ.
Nevada Bar No. 10350
JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 007254
CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 3780
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: November 25, 2024

_____
UNITED STATES DISTRICT JUDGE

2